MARGARITA, GERVASIO y PEDRO GONZÁLEZ ROMÁN, ANTONIA ROJAS GONZÁLEZ, ANGEL FERMÍN, MARÍA y JOSÉ DÍAZ GONZÁLEZ, demandantes y apelantes *v.* PLAZUELA SUGAR COMPANY, RAMONA DÍAZ GONZÁLEZ, JUAN, NEPOMUCENO y MARÍA ROJAS GONZÁLEZ y AMBROSIO GONZÁLEZ ROMÁN, demandados y apelantes y EMILIANO, FRANCISCO, EUDULIO, ALTAGRACIA, PEDRO JOSÉ, JOSEFA y RAMONA GONZÁLEZ ROJAS, demandantes-interventores-apelantes.

No. 5116.—*Sometido:* Diciembre 2, 1929. *Resuelto:* Diciembre 10, 1929.

*E. Martínez Avilés* y *M. A. González,* abogados de los demandantes-apelantes; *G. Zeno Sama,* abogado de los demandados-apelantes; *U. Crespo, Jr.,* abogado de los interventores.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Se pide la eliminación del alegato de la parte apelante, y la desestimación del recurso.

En verdad la apelante no se ajusta a las reglas 42 y 43 de este tribunal. La relación del caso debe establecerse de una manera concisa y sencilla; lo que no ocurre en este caso.

Aunque pueden argumentarse conjuntamente dos o más señalamientos de error, han de establecerse, en la argumentación, de forma que no se mezclen y confundan a tal extremo que se haga difícil saber qué es lo que se discute.

Todos los señalamientos de error deben discutirse o argumentarse, y no dejar al tribunal el trabajo de investigar a cuál de ellos se refiere cada párrafo, o cada página. Lo que el litigante puede y debe hacer por sí, no ha de dejarse en forma que la corte tenga que hacerlo.

Ello no obsta para que el tribunal ejerza su discreción, como lo ha hecho en otras ocasiones, y dé a la parte una oportunidad para enmendar su error.

*Se declara sin lugar la moción de desestimación; y se conceden a la apelante quince días para que presente su alegato enmendado.*